Vita Musumeci and Another, Respondents, v. Gustav Backman and Another,

Appellants.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.